

# 9 Bentley Avenue
# Bentley Norse LLC

### Federal Home Loan Mortgage Corp. v. Levine, et. al. Civil No. 19-cv-17421 (MCA) (LDW)

August 2021

PREPARED BY:
Sam Davis
704-805-4014
samantha.davis@colliers.com

# Table of Contents

1. Statement of Case

2. Balance Sheet

3. Income Statement

4. Receipt Register

5. Check Register

6. Aged Receivables

7. Accounts Payable Aging

8. Rent Roll

9. Bank Reconciliation and Statement

<u>Statement of the Case</u>:  Plaintiff Federal Home Loan Mortgage Corp. commenced this action seeking the appointment of a receiver for certain residential apartment buildings located in Perth Amboy and Jersey City, New Jersey, as more particularly identified and described in the Court's September 6, 2019 Order appointing Colliers International NJ LLC to serve as the Receiver for the properties at issue, and for damages for the defendants' breach of the relevant loan documents.  The corporate borrower defendants deferred maintenance and other management responsibilities for these properties, creating profound and immediate issues for which this appointment was necessary.  Due to an ongoing criminal investigation, the managing member for these corporate borrower defendants (Defendant Seth Levine) refused to provide critical operating information or to otherwise assist with the Receiver's assumption of the management responsibilities necessary to stabilize these assets at the time of its appointment.  This inventory and report are provided pursuant to the Court's Order.

9 Bentley Avenue (1670-nj)                                   Page 1

# Balance Sheet

Period = Aug 2021  
Book = Cash ; Tree = ysi_bs

**Current Balance**

| Account | Description | Current Balance |
|---|---|---:|
| 1000-0000 | **ASSETS** | |
| 1005-0000 | **CASH & EQUIVALENTS** | |
| 1020-0000 | Cash-Operating | 9,544.71 |
| 1099-9999 | **TOTAL CASH & EQUIVALENTS** | 9,544.71 |
| 1999-9999 | **TOTAL ASSETS** | 9,544.71 |
| 2000-0000 | **LIABILITY AND EQUITY** | |
| 3000-0000 | **EQUITY** | |
| 3100-0300 | Funding from Loan Servicer | 176,195.00 |
| 3800-0000 | Current Year Earnings | 2,716.71 |
| 3811-0000 | Prior Year Retained Earnings | -169,367.00 |
| 3900-9999 | **TOTAL EQUITY** | 9,544.71 |
| 3999-9999 | **TOTAL LIABILITY & EQUITY** | 9,544.71 |

Thursday, September 02, 2021  
01:38 PM

9 Bentley Avenue (1670-nj)                                                                                                      Page 1

# Income Statement

Period = Aug 2021
Book = Cash ; Tree = ysi_is

|  |  | Period to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| 4001-0000 | **REVENUE** | | | | |
| 4005-0000 | **RENT** | | | | |
| 4006-0000 | Prepaid Income | 620.00 | 7.21 | 2,200.10 | 2.45 |
| 4110-0000 | Rent | 7,983.44 | 92.79 | 87,588.85 | 97.55 |
| **4299-4999** | **TOTAL RENT** | **8,603.44** | **100.00** | **89,788.95** | **100.00** |
| **4998-9999** | **TOTAL REVENUE** | **8,603.44** | **100.00** | **89,788.95** | **100.00** |
| 5000-0000 | **OPERATING EXPENSES** | | | | |
| 5001-0000 | **RECOVERABLE EXPENSES** | | | | |
| 5002-0000 | **TAXES** | | | | |
| 5105-0000 | Real Estate Taxes | 0.00 | 0.00 | 8,179.01 | 9.11 |
| **5149-9999** | **TOTAL TAXES** | **0.00** | **0.00** | **8,179.01** | **9.11** |
| 5150-0000 | **INSURANCE** | | | | |
| 5157-0000 | Insurance | 0.00 | 0.00 | 8,136.21 | 9.06 |
| **5199-9999** | **TOTAL INSURANCE** | **0.00** | **0.00** | **8,136.21** | **9.06** |
| 5200-0000 | **UTILITIES** | | | | |
| 5205-0000 | Electricity | 124.81 | 1.45 | 1,288.60 | 1.44 |
| 5210-0000 | Gas | 17.75 | 0.21 | 3,982.29 | 4.44 |
| 5215-0000 | Water | 5,415.27 | 62.94 | 6,238.00 | 6.95 |
| 5230-0000 | Refuse Removal | 0.00 | 0.00 | 1,737.99 | 1.94 |
| **5249-9999** | **TOTAL UTILITIES** | **5,557.83** | **64.60** | **13,246.88** | **14.75** |
| 5250-0000 | **ENGINEERING** | | | | |
| 5255-0000 | Engineering Compensation | 1,372.60 | 15.95 | 9,988.34 | 11.12 |
| **5299-9999** | **TOTAL ENGINEERING** | **1,372.60** | **15.95** | **9,988.34** | **11.12** |
| 5400-0000 | **PLUMBING** | | | | |
| 5420-0000 | Plumbing R & M | 0.00 | 0.00 | 2,004.55 | 2.23 |
| **5449-9999** | **TOTAL PLUMBING** | **0.00** | **0.00** | **2,004.55** | **2.23** |
| 5550-0000 | **LANDSCAPING** | | | | |
| 5591-0000 | Snow Removal | 0.00 | 0.00 | 586.44 | 0.65 |
| **5599-9999** | **TOTAL LANDSCAPING** | **0.00** | **0.00** | **586.44** | **0.65** |

Thursday, September 02, 2021
01:38 PM

9 Bentley Avenue (1670-nj)  Page 2

## Income Statement

Period = Aug 2021
Book = Cash ; Tree = ysi_is

|  |  | Period to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| **5600-0000** | **ROADS/GROUNDS** | | | | |
| 5635-0000 | Snow Removal | 0.00 | 0.00 | 3,785.19 | 4.22 |
| **5649-9999** | **TOTAL ROADS/GROUNDS** | **0.00** | **0.00** | **3,785.19** | **4.22** |
| **5650-0000** | **GEN BLDG REPAIR/MAINT.** | | | | |
| 5655-0000 | General Building Expense | 219.41 | 2.55 | 3,314.02 | 3.69 |
| 5680-0000 | Pest Control | 135.95 | 1.58 | 1,346.15 | 1.50 |
| 5685-0000 | Roof Repair | 0.00 | 0.00 | 8,210.13 | 9.14 |
| **5699-9999** | **TOTAL GEN BLDG REPAIR/MAINT.** | **355.36** | **4.13** | **12,870.30** | **14.33** |
| **5750-0000** | **LIFE SAFETY** | | | | |
| 5765-0000 | Life Safety - Supplies | 0.00 | 0.00 | 285.23 | 0.32 |
| 5788-0000 | Fire Safety - Testing | 0.00 | 0.00 | 182.94 | 0.20 |
| **5799-9999** | **TOTAL LIFE SAFETY** | **0.00** | **0.00** | **468.17** | **0.52** |
| **5800-0000** | **MANAGEMENT/ADMIN** | | | | |
| 5805-0000 | Management Fees | 2,375.00 | 27.61 | 21,375.00 | 23.81 |
| 5810-0000 | Management Compensation | 482.60 | 5.61 | 1,735.70 | 1.93 |
| 5845-0000 | Telephone | 0.00 | 0.00 | 78.03 | 0.09 |
| 5895-0000 | Miscellaneous Operating Expense | 65.60 | 0.76 | 590.40 | 0.66 |
| **5899-9999** | **TOTAL MANAGEMENT/ADMIN** | **2,923.20** | **33.98** | **23,779.13** | **26.48** |
| **5950-9999** | **TOTAL RECOVERABLE EXPENSES** | **10,208.99** | **118.66** | **83,044.22** | **92.49** |
| **6998-9999** | **TOTAL OPERATING EXPENSES** | **10,208.99** | **118.66** | **83,044.22** | **92.49** |
| **6999-9999** | **NET OPERATING INCOME** | **-1,605.55** | **-18.66** | **6,744.73** | **7.51** |
| **7000-0000** | **NON-OPERATING EXPENSES** | | | | |
| **7900-0000** | **PROFESSIONAL OTHER** | | | | |
| 7914-0000 | Legal Fees | 0.00 | 0.00 | 4,028.02 | 4.49 |
| **7949-9999** | **TOTAL PROFESSIONAL OTHER** | **0.00** | **0.00** | **4,028.02** | **4.49** |
| **9399-9999** | **TOTAL NON-OPERATING EXPENSES** | **0.00** | **0.00** | **4,028.02** | **4.49** |
| **9496-9999** | **NET INCOME** | **-1,605.55** | **-18.66** | **2,716.71** | **3.03** |

Thursday, September 02, 2021
01:38 PM

9/2/2021 1:42 PM

| 9 Bentley Avenue (1670-nj) |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| **Receipt Register** |||||||||||
| For Period = Aug 2021 |||||||||||
| **Control** | **Batch** | **Period** | **Date** | **Person** | **Property** | **Cash Acct** | **Account** | **Amount** | **Reference** | **Check #** | **Notes** |
| R-1318828 |  | 08/2021 | 8/1/2021 | Sharon Richards & Ken Roberts(rich1670) | 1670-nj | 1020-0000 |  | 0.00 |  | none | :Prog Gen prepayment transfer |
| R-1318829 |  | 08/2021 | 8/1/2021 | Sharon Richards & Ken Roberts(rich1670) | 1670-nj | 1020-0000 |  | 0.00 |  | none | :Prog Gen prepayment transfer |
| R-1320822 |  | 08/2021 | 8/1/2021 | Claudio Aguiar(clau1670) | 1670-nj | 1020-0000 |  | 0.00 |  | none | :Prog Gen prepayment transfer |
| R-1325805 | 506383 | 08/2021 | 8/9/2021 | Auckland Abraham(aabr1670) | 1670-nj | 1020-0000 |  | 771.31 |  | 27646628242 |  |
| R-1325808 | 506383 | 08/2021 | 8/9/2021 | Claudio Aguiar(clau1670) | 1670-nj | 1020-0000 |  | 870.00 |  | 288 |  |
| R-1325810 | 506383 | 08/2021 | 8/9/2021 | Jessica Castro(cast1670) | 1670-nj | 1020-0000 |  | 132.00 |  | 19-270741456 |  |
| R-1325813 | 506383 | 08/2021 | 8/9/2021 | Jessica Castro(cast1670) | 1670-nj | 1020-0000 |  | 499.00 |  | 19-2707414454 |  |
| R-1325816 | 506383 | 08/2021 | 8/9/2021 | Jessica Castro(cast1670) | 1670-nj | 1020-0000 |  | 499.00 |  | 19-270741455 |  |
| R-1327610 | 506966 | 08/2021 | 8/12/2021 | Dra. Martha Piantini(dram1670) | 1670-nj | 1020-0000 |  | 910.00 |  | 27646638838 |  |
| R-1327611 | 506966 | 08/2021 | 8/12/2021 | Anna Floyd(floy1670) | 1670-nj | 1020-0000 |  | 885.19 |  | 27646638030 |  |
| R-1327612 | 506966 | 08/2021 | 8/12/2021 | Jessica Caballero(jess1670) | 1670-nj | 1020-0000 |  | 905.63 |  | 19-302499747 |  |
| R-1329986 | 507979 | 08/2021 | 8/20/2021 | Maria Valera(vale1670) | 1670-nj | 1020-0000 |  | 771.31 |  | 172 |  |
| R-1329987 | 507979 | 08/2021 | 8/20/2021 | Claudio Aguiar(clau1670) | 1670-nj | 1020-0000 |  | 610.00 |  | 104 |  |
| R-1332751 | 509112 | 08/2021 | 8/27/2021 | Sharon Richards & Ken Roberts(rich1670) | 1670-nj | 1020-0000 |  | 500.00 |  | 26870867368 |  |
| R-1332752 | 509112 | 08/2021 | 8/27/2021 | Joseph Sablon(sabl1670) | 1670-nj | 1020-0000 |  | 375.00 |  | 27602346982 |  |
| R-1332753 | 509112 | 08/2021 | 8/27/2021 | Sharon Richards & Ken Roberts(rich1670) | 1670-nj | 1020-0000 |  | 500.00 |  | 26870867357 |  |
| R-1332754 | 509112 | 08/2021 | 8/27/2021 | Joseph Sablon(sabl1670) | 1670-nj | 1020-0000 |  | 375.00 |  | R208641615468 |  |
|  |  |  |  |  |  |  | **Total** | 8,603.44 |  |  |  |

9/2/2021 1:43 PM

9 Bentley Avenue (1670-nj)

## Check Register

For Period = Aug 2021

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---|---|---|---|---|---|---|---|---|---|
| K-1463698 | 298567 | 08/2021 | 8/3/2021 | COLLIERS INT'L HOLDINGS (coll666a) (coll666a) | 1670-nj | | 236.80 | 316 | |
| K-1463699 | 298567 | 08/2021 | 8/3/2021 | JERSEY CITY MUA (jers4011) | 1670-nj | | 5,415.27 | 317 | |
| K-1463700 | 298567 | 08/2021 | 8/3/2021 | PSE&G Co. (pseg1444) | 1670-nj | | 142.56 | 318 | |
| K-1470764 | 300320 | 08/2021 | 8/18/2021 | COLLIERS INT'L HLDG (coll1625) (coll1625) | 1670-nj | | 2,375.00 | 319 | |
| K-1473470 | 301076 | 08/2021 | 8/24/2021 | COLLIERS INT'L HOLDINGS (coll666a) (coll666a) | 1670-nj | | 65.60 | 320 | |
| K-1473840 | 301188 | 08/2021 | 8/25/2021 | EMCOR Services Fluidics (emco9815) | 1670-nj | | 1,372.60 | 8252021 | |
| K-1473841 | 301188 | 08/2021 | 8/25/2021 | EMCOR Services Fluidics (emco9815) | 1670-nj | | 219.41 | 8252021 | |
| K-1475800 | 301698 | 08/2021 | 8/31/2021 | COLLIERS INT'L HOLDINGS (coll666a) (coll666a) | 1670-nj | | 245.80 | 321 | |
| K-1475801 | 301698 | 08/2021 | 8/31/2021 | Cooper Pest Solutions, Inc. (coop351) | 1670-nj | | 135.95 | 322 | |
| | | | | | | Total | 10,208.99 | | |

# Aging Detail

Page 1

DB Caption: USA LIVE 7s   Property: 1670-nj   Status: Current, Past, Future   Age As Of: 08/31/2021   Post To: 08/2021

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **9 Bentley Avenue (1670-nj)** | | | | | | | | | | | | | | |
| **Amanda Pina (pina1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Amanda Pina | Past | C-2241749 | rent | 11/01/2019 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2241751 | rent | 01/01/2020 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2241753 | rent | 03/01/2020 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2241754 | rent | 04/01/2020 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2241787 | rent | 05/01/2020 | 05/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2259388 | rent | 06/01/2020 | 06/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2286538 | rent | 07/01/2020 | 07/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2322849 | rent | 08/01/2020 | 08/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2338017 | rent | 09/01/2020 | 09/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2363812 | rent | 10/01/2020 | 10/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2395608 | rent | 11/01/2020 | 11/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2415844 | rent | 12/01/2020 | 12/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2446199 | rent | 01/01/2021 | 01/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2465254 | rent | 02/01/2021 | 02/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2491482 | rent | 03/01/2021 | 03/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2523900 | rent | 04/01/2021 | 04/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2552247 | rent | 05/01/2021 | 05/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| | | **Amanda Pina** | | | | | | **17,850.00** | **0.00** | **0.00** | **0.00** | **17,850.00** | **0.00** | **17,850.00** |
| **Claudia Ozvra (ozvr1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Claudia Ozvra | Current | C-2338008 | rent | 09/01/2020 | 09/2020 | 424.00 | 0.00 | 0.00 | 0.00 | 424.00 | 0.00 | 424.00 |
| 1670-nj | | Claudia Ozvra | Current | C-2617554 | rent | 07/01/2021 | 07/2021 | 910.00 | 0.00 | 0.00 | 910.00 | 0.00 | 0.00 | 910.00 |
| 1670-nj | | Claudia Ozvra | Current | C-2617555 | rent | 07/01/2021 | 07/2021 | -300.00 | 0.00 | 0.00 | -300.00 | 0.00 | 0.00 | -300.00 |
| 1670-nj | | Claudia Ozvra | Current | C-2652200 | rent | 08/01/2021 | 08/2021 | 910.00 | 910.00 | 0.00 | 0.00 | 0.00 | 0.00 | 910.00 |
| 1670-nj | | Claudia Ozvra | Current | C-2652201 | rent | 08/01/2021 | 08/2021 | -300.00 | -300.00 | 0.00 | 0.00 | 0.00 | 0.00 | -300.00 |

# Aging Detail

Page 2

DB Caption: USA LIVE 7s   Property: 1670-nj   Status: Current, Past, Future   Age As Of: 08/31/2021   Post To: 08/2021

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claudia Ozvra | | | | | | 1,644.00 | 610.00 | 0.00 | 610.00 | 424.00 | 0.00 | 1,644.00 |
| **Claudio Aguiar (clau1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Claudio Aguiar | Current | R-1320820 | Prepay | 07/31/2021 | 07/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 | 280.00 |
| 1670-nj | | Claudio Aguiar | Current | R-1325808 | Prepay | 08/09/2021 | 08/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -290.00 | -290.00 |
| 1670-nj | | Claudio Aguiar | Current | R-1329987 | Prepay | 08/20/2021 | 08/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -610.00 | -610.00 |
| | | **Claudio Aguiar** | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -620.00 | -620.00 |
| **Daniel Guardado (gua1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Daniel Guardado | Past | C-2241741 | rent | 10/01/2019 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2241742 | rent | 11/01/2019 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2241747 | rent | 04/01/2020 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2322851 | rent | 08/01/2020 | 08/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2338019 | rent | 09/01/2020 | 09/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2395610 | rent | 11/01/2020 | 11/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2415846 | rent | 12/01/2020 | 12/2020 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 |
| 1670-nj | | Daniel Guardado | Past | C-2446201 | rent | 01/01/2021 | 01/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2465256 | rent | 02/01/2021 | 02/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2491484 | rent | 03/01/2021 | 03/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2523902 | rent | 04/01/2021 | 04/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2552249 | rent | 05/01/2021 | 05/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| | | **Daniel Guardado** | | | | | | 11,600.00 | 0.00 | 0.00 | 0.00 | 11,600.00 | 0.00 | 11,600.00 |
| **Francisco Deris (deri1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Francisco Deris | Current | C-2338018 | rent | 09/01/2020 | 09/2020 | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 | 0.00 | 900.00 |
| 1670-nj | | Francisco Deris | Current | C-2617564 | rent | 07/01/2021 | 07/2021 | 900.00 | 0.00 | 0.00 | 900.00 | 0.00 | 0.00 | 900.00 |
| 1670-nj | | Francisco Deris | Current | C-2652210 | rent | 08/01/2021 | 08/2021 | 900.00 | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| | | **Francisco Deris** | | | | | | 2,700.00 | 900.00 | 0.00 | 900.00 | 900.00 | 0.00 | 2,700.00 |

Thursday, September 02, 2021
01:39 PM

Aging Detail    Page 3

DB Caption: USA LIVE 7s   Property: 1670-nj   Status: Current, Past, Future   Age As Of: 08/31/2021   Post To: 08/2021

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jessica Caballero (jess1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Jessica Caballero | Current | R-1299363 | Prepay | 06/15/2021 | 06/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.14 | -0.14 |
| | | Jessica Caballero | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.14 | -0.14 |
| **Joseph Sablon (sabl1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Joseph Sablon | Current | R-1285298 | Prepay | 05/13/2021 | 05/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | -150.00 |
| | | Joseph Sablon | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | -150.00 |
| **Maria Valera (vale1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Maria Valera | Current | C-2617553 | rent | 07/01/2021 | 07/2021 | 0.02 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.02 |
| | | Maria Valera | | | | | | 0.02 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.02 |
| **Nathaly De Jesus (nath1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Nathaly De Jesus | Current | C-2286537 | rent | 07/01/2020 | 07/2020 | 895.72 | 0.00 | 0.00 | 0.00 | 895.72 | 0.00 | 895.72 |
| 1670-nj | | Nathaly De Jesus | Current | C-2465253 | rent | 02/01/2021 | 02/2021 | 896.72 | 0.00 | 0.00 | 0.00 | 896.72 | 0.00 | 896.72 |
| 1670-nj | | Nathaly De Jesus | Current | C-2491481 | rent | 03/01/2021 | 03/2021 | 896.72 | 0.00 | 0.00 | 0.00 | 896.72 | 0.00 | 896.72 |
| 1670-nj | | Nathaly De Jesus | Current | C-2652209 | rent | 08/01/2021 | 08/2021 | 896.72 | 896.72 | 0.00 | 0.00 | 0.00 | 0.00 | 896.72 |
| | | Nathaly De Jesus | | | | | | 3,585.88 | 896.72 | 0.00 | 0.00 | 2,689.16 | 0.00 | 3,585.88 |
| **Sharon Richards & Ken Roberts (rich1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Sharon Richards & Ken Roberts | Current | R-1318798 | Prepay | 07/28/2021 | 07/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -420.00 | -420.00 |
| 1670-nj | | Sharon Richards & Ken Roberts | Current | R-1332751 | Prepay | 08/27/2021 | 08/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | -500.00 |
| 1670-nj | | Sharon Richards & Ken Roberts | Current | R-1332753 | Prepay | 08/27/2021 | 08/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | -500.00 |
| | | Sharon Richards & Ken Roberts | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,420.00 | -1,420.00 |
| 1670-nj | | | | | | | | 37,379.90 | 2,406.72 | 0.00 | 1,510.02 | 33,463.16 | -2,190.14 | 35,189.76 |
| Grand Total | | | | | | | | 37,379.90 | 2,406.72 | 0.00 | 1,510.02 | 33,463.16 | -2,190.14 | 35,189.76 |

UserId : samanthadavis Date : 9/2/2021 Time : 1:39 PM

Thursday, September 02, 2021
01:39 PM

Payables Aging Report

1670-nj

Period: 08/2021

As of : 08/31/2021

| Payee Code | Payee Name | Doc Seq # | Control | Batch Id | Property | Invoice Date | Due Date | Post Month | Account | Invoice # | Base Currency | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Future Invoice | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Rent Roll

9 Bentley Avenue (1670-nj )
August 2021

Page: 1
Date: 09/02/2021
Time: 01:39 PM

| Suite No. | Tenant Name | Square Feet | Term | Security Deposit | Current Monthly Charges | | | Base Rent Inc. CPI or Step Up | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Chg Code | Amount | Amount PSF | Date | Rate | |
| APT1 | Joseph Sablon | | 10/01/19 to | $0.00 | rent | 750.00 | | 10/1/19 | $750.00 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT10 | Nathaly De Jesus | | 10/01/19 to | $0.00 | rent | 896.72 | | 10/1/19 | $896.72 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT14 | Sharon Richards & Ken Roberts | | 10/01/19 to | $0.00 | rent | 1,000.00 | | 10/1/19 | $1,000.00 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT15 | Francisco Deris | | 10/01/19 to | $0.00 | rent | 900.00 | | 10/1/19 | $900.00 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT16 | Auckland Abraham | | 10/01/19 to | $0.00 | rent | 771.31 | | 10/1/19 | $771.31 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT2 | Maria Valera | | 10/01/19 to | $0.00 | rent | 771.31 | | 10/1/19 | $771.31 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT3 | Jessica Castro | | 10/01/19 to | $0.00 | rent | 1,100.00 | | 10/1/19 | $1,100.00 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT4 | Jessica Caballero | | 10/01/19 to | $0.00 | rent | 905.63 | | 10/1/19 | $905.63 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT6 | Dra. Martha Piantini | | 10/01/19 to | $0.00 | rent | 910.00 | | 10/1/19 | $910.00 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |
| APT7 | Claudia Ozvra | | 10/01/19 to | $0.00 | rent | 910.00 | | 10/1/19 | $910.00 | |
| | | | *Original Lease 10/01/19 to* | | rent | (300.00) | | 5/1/20 | ($300.00) | |
| APT8 | Anna Floyd | | 10/01/19 to | $0.00 | rent | 885.19 | #Error | 10/1/19 | $885.19 | |
| | | | *Original Lease 10/01/19 to* | | | | | | | |

# Rent Roll

9 Bentley Avenue (1670-nj )
August 2021

Page: 2
Date: 09/02/2021
Time: 01:39 PM

| Suite No. | Tenant Name | Square Feet | Term | Security Deposit | Current Monthly Charges | | | Base Rent Inc. CPI or Step Up | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Chg Code | Amount | Amount PSF | Date | Rate | |
| APT9 | Claudio Aguiar | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 860.00 | | 10/1/19 | $860.00 | |
| APT11 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| APT12 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| APT13 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| APT5 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| APTB1 | VACANT | 0 | | $0.00 | | | | | $0.00 | |

| Totals for 9 Bentley Avenue: | 0 | | $0.00 | | | |
|---|---|---|---|---|---|---|
| Vacant: | 0 | | **Current Monthly Charges** | | | |
| Occupied: | 0 | | rent | 10,360.16 | | |

9/2/2021

# 9 Bentley Operating

## Bank Reconciliation Report

### 8/31/2021

**Posted by: DBO**

| | | | |
|---|---|---|---:|
| **Balance Per Bank Statement as of 8/31/2021** | | | **9,926.46** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---:|
| 8/31/2021 | 321 | coll666a - COLLIERS INT'L HOLDINGS (coll666a) | 245.80 |
| 8/31/2021 | 322 | coop351 - Cooper Pest Solutions, Inc. | 135.95 |
| **Less:** | **Outstanding Checks** | | **381.75** |
| | **Reconciled Bank Balance** | | **9,544.71** |

| | | |
|---|---|---:|
| **Balance per GL as of 8/31/2021** | | **9,544.71** |
| | **Reconciled Balance Per G/L** | **9,544.71** |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

*Samantha Davis*

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 7/27/2021 | 314 | coll666a - COLLIERS INT'L HOLDINGS (coll666a) | 65.60 | 8/31/2021 |
| 7/27/2021 | 315 | tolplu62 - TOLEDO PLUMBING & HEATING INC | 298.55 | 8/31/2021 |
| 8/3/2021 | 316 | coll666a - COLLIERS INT'L HOLDINGS (coll666a) | 236.80 | 8/31/2021 |
| 8/3/2021 | 317 | jers4011 - JERSEY CITY MUA | 5,415.27 | 8/31/2021 |
| 8/3/2021 | 318 | pseg1444 - PSE&G Co. | 142.56 | 8/31/2021 |
| 8/18/2021 | 319 | coll1625 - COLLIERS INT'L HLDG (coll1625) | 2,375.00 | 8/31/2021 |
| 8/24/2021 | 320 | coll666a - COLLIERS INT'L HOLDINGS (coll666a) | 65.60 | 8/31/2021 |
| 8/25/2021 | 8252021 | emco9815 - EMCOR Services Fluidics | 1,372.60 | 8/31/2021 |
| 8/25/2021 | 8252021 | emco9815 - EMCOR Services Fluidics | 219.41 | 8/31/2021 |
| **Total Cleared Checks** | | | **10,191.39** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 8/9/2021 | 126 | | 2,771.31 | 8/31/2021 |
| 8/12/2021 | 127 | | 2,700.82 | 8/31/2021 |
| 8/20/2021 | 128 | | 1,381.31 | 8/31/2021 |
| 8/27/2021 | 129 | | 1,750.00 | 8/31/2021 |
| **Total Cleared Deposits** | | | **8,603.44** | |

# CapitalOne Bank
### Commercial Banking Group

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

BENTLEY NORSE LIMITED LIABILITY COM LLC
DISTRICT OF NEW JERSEY
C/O COLLIERS INTERNATIONAL REMS US, LLC
AS RECEIVER
2550 WEST TYVOLA ROAD, SUITE 300
CHARLOTTE NC  28217

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD  AUGUST 01, 2021  -  AUGUST 31, 2021

**Blended Checking**                                                               BENTLEY NORSE LIMITED LIABILITY COM LLC

| | | | |
|---|---|---|---|
| Previous Balance  07/31/21 | $11,514.41 | Number of Days in Cycle | 31 |
| 4 Deposits/Credits | $8,603.44 | Minimum Balance This Cycle | $8,192.54 |
| 8 Checks/Debits | ($10,191.39) | Average Collected Balance | $10,187.61 |
| Service Charges | $0.00 | | |
| Ending Balance 08/31/21 | $9,926.46 | | |

## ACCOUNT DETAIL    FOR PERIOD  AUGUST 01, 2021  -  AUGUST 31, 2021

**Blended Checking**                                                               BENTLEY NORSE LIMITED LIABILITY COM LLC

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 08/04 | Check     35 | | $298.55 | $11,215.86 |
| 08/06 | Check    316 | | $236.80 | $10,979.06 |
| 08/06 | Check    318 | | $142.56 | $10,836.50 |
| 08/09 | Customer Deposit | $2,771.31 | | $13,607.81 |
| 08/09 | Check    317 | | $5,415.27 | $8,192.54 |
| 08/12 | Customer Deposit | $2,700.82 | | $10,893.36 |
| 08/16 | Check    314 | | $65.60 | $10,827.76 |
| 08/20 | Customer Deposit | $1,381.31 | | $12,209.07 |
| 08/25 | Wire transfer withdrawal Fluidics Inc. | | $1,592.01 | $10,617.06 |
| 08/26 | Check    319 | | $2,375.00 | $8,242.06 |
| 08/27 | Customer Deposit | $1,750.00 | | $9,992.06 |
| 08/30 | Check    320 | | $65.60 | $9,926.46 |
| Total | | $8,603.44 | $10,191.39 | |

Thank you for banking with us.                                                                 PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.


MEMBER FDIC  EQUAL HOUSING LENDER

ACCUPONT DETAIL    CONTINUED FOR PERIOD  AUGUST 01, 2021  -  AUGUST 31, 2021

**BENTLEY NORSE LIMITED LIABILITY COM LLC**

**Blended Checking**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 35 | 08/04 | $298.55 | 317 | 08/09 | $5,415.27 | 319 | 08/26 | $2,375.00 |
| 314* | 08/16 | $65.60 | 318 | 08/06 | $142.56 | 320 | 08/30 | $65.60 |
| 316* | 08/06 | $236.80 | | | | | | |

PAGE 2 OF 2

PSI: 1 / SHC: 0 / LOB :C

9/2/2021

**Bentley Norse Sec Dep**

**Bank Reconciliation Report**

**8/31/2021**

▬▬▬▬

**Posted by: daviss   on 9/2/2021**

| | |
|---|---:|
| **Balance Per Bank Statement as of 8/31/2021** | 0.00 |
| **Reconciled Bank Balance** | 0.00 |
| | |
| **Balance per GL as of 8/31/2021** | 0.00 |
| **Reconciled Balance Per G/L** | 0.00 |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

*Samantha Davis*



**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

BENTLEY NORSE LLC
DISTRICT OF NEW JERSEY-SECURITY DEPOSIT
C/O COLLIERS INTERNATIONAL REMS US, LLC
AS RECEIVER
2550 WEST TYVOLA ROAD, SUITE 300
CHARLOTTE NC  28217

▶ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

ACCOUNT SUMMARY       FOR PERIOD  AUGUST 01, 2021  -  AUGUST 31, 2021

**Commercial Tower**                                                                              **BENTLEY NORSE LLC**

| | | | |
|---|---|---|---|
| Previous Balance 07/31/21 | $0.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $0.00 | Average Collected Balance | $0.00 |
| 0 Checks/Debits | $0.00 | Interest Earned During this Cycle | $0.00 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $0.00 |
| Ending Balance 08/31/21 | $0.00 | Annual Percentage Yield (This Statement Period) | 0.00% |

ACCOUNT DETAIL    FOR PERIOD  AUGUST 01, 2021  -  AUGUST 31, 2021

**Commercial Tower**                                                                              **BENTLEY NORSE LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 08/01 | | | | $0.00 |
| | No Account Activity this Statement Period | | | |
| 08/31 | | | | $0.00 |
| **Total** | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*                                                              PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.




PSI: 0 / SHC: 0 / LOB :C