

# 9 Bentley Avenue
# Bentley Norse LLC

## Federal Home Loan Mortgage Corp. v. Levine, et. al.
## Civil No. 19-cv-17421 (MCA) (LDW)

October 2021

PREPARED BY:
 Sam Davis
704-805-4014
samantha.davis@colliers.com

# Table of Contents

1. Statement of Case

2. Balance Sheet

3. Income Statement

4. Receipt Register

5. Check Register

6. Aged Receivables

7. Accounts Payable Aging

8. Rent Roll

9. Bank Reconciliation and Statement

<u>Statement of the Case</u>:  Plaintiff Federal Home Loan Mortgage Corp. commenced this action seeking the appointment of a receiver for certain residential apartment buildings located in Perth Amboy and Jersey City, New Jersey, as more particularly identified and described in the Court's September 6, 2019 Order appointing Colliers International NJ LLC to serve as the Receiver for the properties at issue, and for damages for the defendants' breach of the relevant loan documents.  The corporate borrower defendants deferred maintenance and other management responsibilities for these properties, creating profound and immediate issues for which this appointment was necessary.  Due to an ongoing criminal investigation, the managing member for these corporate borrower defendants (Defendant Seth Levine) refused to provide critical operating information or to otherwise assist with the Receiver's assumption of the management responsibilities necessary to stabilize these assets at the time of its appointment. This inventory and report are provided pursuant to the Court's Order.

9 Bentley Avenue (1670-nj)                                                                                                    Page 1

# Balance Sheet

Period = Oct 2021

Book = Cash ; Tree = ysi_bs

|  |  | Current Balance |
|---|---|---:|
| **1000-0000** | **ASSETS** | |
| | | |
| **1005-0000** | **CASH & EQUIVALENTS** | |
| 1020-0000 | Cash-Operating | 5,603.01 |
| | | |
| **1099-9999** | **TOTAL CASH & EQUIVALENTS** | **5,603.01** |
| | | |
| **1999-9999** | **TOTAL ASSETS** | **5,603.01** |
| | | |
| | | |
| **2000-0000** | **LIABILITY AND EQUITY** | |
| | | |
| **3000-0000** | **EQUITY** | |
| 3100-0300 | Funding from Loan Servicer | 176,195.00 |
| 3800-0000 | Current Year Earnings | -1,224.99 |
| 3811-0000 | Prior Year Retained Earnings | -169,367.00 |
| | | |
| **3900-9999** | **TOTAL EQUITY** | **5,603.01** |
| | | |
| **3999-9999** | **TOTAL LIABILITY & EQUITY** | **5,603.01** |

Tuesday, November 02, 2021

01:45 PM

9 Bentley Avenue (1670-nj)                                                                                      Page 1

## Income Statement

Period = Oct 2021
Book = Cash ; Tree = ysi_is

| | | Period to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| **4001-0000** | **REVENUE** | | | | |
| | | | | | |
| **4005-0000** | **RENT** | | | | |
| 4006-0000 | Prepaid Income | -860.00 | -17.80 | 350.10 | 0.34 |
| 4110-0000 | Rent | 5,692.13 | 117.80 | 103,644.42 | 99.66 |
| **4299-4999** | **TOTAL RENT** | **4,832.13** | **100.00** | **103,994.52** | **100.00** |
| **4998-9999** | **TOTAL REVENUE** | **4,832.13** | **100.00** | **103,994.52** | **100.00** |
| | | | | | |
| **5000-0000** | **OPERATING EXPENSES** | | | | |
| | | | | | |
| **5001-0000** | **RECOVERABLE EXPENSES** | | | | |
| | | | | | |
| **5002-0000** | **TAXES** | | | | |
| 5105-0000 | Real Estate Taxes | 0.00 | 0.00 | 8,179.01 | 7.86 |
| **5149-9999** | **TOTAL TAXES** | **0.00** | **0.00** | **8,179.01** | **7.86** |
| | | | | | |
| **5150-0000** | **INSURANCE** | | | | |
| 5157-0000 | Insurance | 0.00 | 0.00 | 19,714.21 | 18.96 |
| **5199-9999** | **TOTAL INSURANCE** | **0.00** | **0.00** | **19,714.21** | **18.96** |
| | | | | | |
| **5200-0000** | **UTILITIES** | | | | |
| 5205-0000 | Electricity | 119.85 | 2.48 | 1,540.06 | 1.48 |
| 5210-0000 | Gas | 17.75 | 0.37 | 4,017.79 | 3.86 |
| 5215-0000 | Water | 0.00 | 0.00 | 6,238.00 | 6.00 |
| 5230-0000 | Refuse Removal | 0.00 | 0.00 | 1,737.99 | 1.67 |
| **5249-9999** | **TOTAL UTILITIES** | **137.60** | **2.85** | **13,533.84** | **13.01** |
| | | | | | |
| **5250-0000** | **ENGINEERING** | | | | |
| 5255-0000 | Engineering Compensation | 1,473.92 | 30.50 | 12,935.59 | 12.44 |
| **5299-9999** | **TOTAL ENGINEERING** | **1,473.92** | **30.50** | **12,935.59** | **12.44** |
| | | | | | |
| **5400-0000** | **PLUMBING** | | | | |
| 5420-0000 | Plumbing R & M | 0.00 | 0.00 | 2,004.55 | 1.93 |
| **5449-9999** | **TOTAL PLUMBING** | **0.00** | **0.00** | **2,004.55** | **1.93** |
| | | | | | |
| **5550-0000** | **LANDSCAPING** | | | | |
| 5591-0000 | Snow Removal | 0.00 | 0.00 | 586.44 | 0.56 |
| **5599-9999** | **TOTAL LANDSCAPING** | **0.00** | **0.00** | **586.44** | **0.56** |

9 Bentley Avenue (1670-nj)                                                                                                    Page 2

## Income Statement

Period = Oct 2021
Book = Cash ; Tree = ysi_is

| | | Period to Date | % | Year to Date | % |
|---|---|---|---|---|---|
| **5600-0000** | **ROADS/GROUNDS** | | | | |
| 5635-0000 | Snow Removal | 0.00 | 0.00 | 3,785.19 | 3.64 |
| **5649-9999** | **TOTAL ROADS/GROUNDS** | **0.00** | **0.00** | **3,785.19** | **3.64** |
| | | | | | |
| **5650-0000** | **GEN BLDG REPAIR/MAINT.** | | | | |
| 5655-0000 | General Building Expense | 0.00 | 0.00 | 3,413.98 | 3.28 |
| 5680-0000 | Pest Control | 613.09 | 12.69 | 1,823.29 | 1.75 |
| 5685-0000 | Roof Repair | 0.00 | 0.00 | 8,210.13 | 7.89 |
| **5699-9999** | **TOTAL GEN BLDG REPAIR/MAINT.** | **613.09** | **12.69** | **13,447.40** | **12.93** |
| | | | | | |
| **5750-0000** | **LIFE SAFETY** | | | | |
| 5765-0000 | Life Safety - Supplies | 0.00 | 0.00 | 285.23 | 0.27 |
| 5780-0000 | Life Safety - Repairs | 237.92 | 4.92 | 237.92 | 0.23 |
| 5788-0000 | Fire Safety - Testing | 0.00 | 0.00 | 182.94 | 0.18 |
| **5799-9999** | **TOTAL LIFE SAFETY** | **237.92** | **4.92** | **706.09** | **0.68** |
| | | | | | |
| **5800-0000** | **MANAGEMENT/ADMIN** | | | | |
| 5805-0000 | Management Fees | 0.00 | 0.00 | 23,750.00 | 22.84 |
| 5810-0000 | Management Compensation | 0.00 | 0.00 | 1,735.70 | 1.67 |
| 5845-0000 | Telephone | 79.44 | 1.64 | 157.47 | 0.15 |
| 5895-0000 | Miscellaneous Operating Expense | 0.00 | 0.00 | 656.00 | 0.63 |
| **5899-9999** | **TOTAL MANAGEMENT/ADMIN** | **79.44** | **1.64** | **26,299.17** | **25.29** |
| **5950-9999** | **TOTAL RECOVERABLE EXPENSES** | **2,541.97** | **52.61** | **101,191.49** | **97.30** |
| **6998-9999** | **TOTAL OPERATING EXPENSES** | **2,541.97** | **52.61** | **101,191.49** | **97.30** |
| **6999-9999** | **NET OPERATING INCOME** | **2,290.16** | **47.39** | **2,803.03** | **2.70** |
| | | | | | |
| **7000-0000** | **NON-OPERATING EXPENSES** | | | | |
| | | | | | |
| **7900-0000** | **PROFESSIONAL OTHER** | | | | |
| 7914-0000 | Legal Fees | 0.00 | 0.00 | 4,028.02 | 3.87 |
| **7949-9999** | **TOTAL PROFESSIONAL OTHER** | **0.00** | **0.00** | **4,028.02** | **3.87** |
| **9399-9999** | **TOTAL NON-OPERATING EXPENSES** | **0.00** | **0.00** | **4,028.02** | **3.87** |
| **9496-9999** | **NET INCOME** | **2,290.16** | **47.39** | **-1,224.99** | **-1.18** |

**11/2/2021 1:59 PM**

| 9 Bentley Avenue (1670-nj) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipt Register** | | | | | | | | | | | |
| For Period = Oct 2021 | | | | | | | | | | | |
| **Control** | **Batch** | **Period** | **Date** | **Person** | **Property** | **Cash Acct** | **Account** | **Amount** | **Reference** | **Check #** | **Notes** |
| R-1354395 | 517328 | 10/2021 | 10/8/2021 | Anna Floyd(floy1670) | 1670-nj | 1020-0000 | | 885.19 | | 27728634835 | |
| R-1355075 | 517719 | 10/2021 | 10/11/2021 | Dra. Martha Piantini(dram1670) | 1670-nj | 1020-0000 | | 910.00 | | 27728636411 | |
| R-1355111 | 517719 | 10/2021 | 10/11/2021 | Auckland Abraham(aabr1670) | 1670-nj | 1020-0000 | | 771.31 | | 27728620211 | |
| R-1357105 | 518564 | 10/2021 | 10/14/2021 | Jessica Caballero(jess1670) | 1670-nj | 1020-0000 | | 905.63 | | 19-005376985 | |
| R-1357434 | 518726 | 10/2021 | 10/15/2021 | Claudia Ozvra(ozvr1670) | 1670-nj | 1020-0000 | | 610.00 | | 106 | |
| R-1359968 | 520015 | 10/2021 | 10/25/2021 | Joseph Sablon(sabl1670) | 1670-nj | 1020-0000 | | 750.00 | | 27728641124 | |
| R-1367581 | 523889 | 10/2021 | 10/31/2021 | Claudio Aguiar(clau1670) | 1670-nj | 1020-0000 | | 0.00 | | Apply Prepay | |
| | | | | | | | **Total** | 4,832.13 | | | |

**Page 1 of 1**

**11/2/2021 2:00 PM**

| 9 Bentley Avenue (1670-nj) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Check Register** | | | | | | | | | | |
| For Period = Oct 2021 | | | | | | | | | | |
| **Control** | **Batch** | **Period** | **Date** | **Person** | **Property** | **Account** | **Amount** | **Reference** | **Notes** | |
| K-1493400 | 306228 | 10/2021 | 10/12/2021 | PSE&G Co. (pseg1444) | 1670-nj | | 137.60 | 328 | | |
| K-1499657 | 307764 | 10/2021 | 10/26/2021 | Confires Fire Protection Service, LLC (cfpsi910) | 1670-nj | | 237.92 | 329 | | |
| K-1499658 | 307764 | 10/2021 | 10/26/2021 | Cooper Pest Solutions, Inc. (coop351) | 1670-nj | | 613.09 | 330 | | |
| K-1499659 | 307764 | 10/2021 | 10/26/2021 | EMCOR Services Fluidics (emco9815) | 1670-nj | | 1,473.92 | 331 | | |
| K-1499660 | 307764 | 10/2021 | 10/26/2021 | Verizon Wireless (veri408) | 1670-nj | | 79.44 | 332 | | |
| | | | | | | **Total** | 2,541.97 | | | |

# Aging Detail

DB Caption: USA LIVE 7s  Property: 1670-nj  Status: Current, Past, Future   Age As Of: 10/31/2021  Post To: 10/2021

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **9 Bentley Avenue (1670-nj)** | | | | | | | | | | | | | | |
| **Amanda Pina (pina1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Amanda Pina | Past | C-2241749 | rent | 11/01/2019 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2241751 | rent | 01/01/2020 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2241753 | rent | 03/01/2020 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2241754 | rent | 04/01/2020 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2241787 | rent | 05/01/2020 | 05/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2259388 | rent | 06/01/2020 | 06/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2286538 | rent | 07/01/2020 | 07/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2322849 | rent | 08/01/2020 | 08/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2338017 | rent | 09/01/2020 | 09/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2363812 | rent | 10/01/2020 | 10/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2395608 | rent | 11/01/2020 | 11/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2415844 | rent | 12/01/2020 | 12/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2446199 | rent | 01/01/2021 | 01/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2465254 | rent | 02/01/2021 | 02/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2491482 | rent | 03/01/2021 | 03/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2523900 | rent | 04/01/2021 | 04/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Amanda Pina | Past | C-2552247 | rent | 05/01/2021 | 05/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| | | **Amanda Pina** | | | | | | **17,850.00** | **0.00** | **0.00** | **0.00** | **17,850.00** | **0.00** | **17,850.00** |
| **Claudia Ozvra (ozvr1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Claudia Ozvra | Current | C-2338008 | rent | 09/01/2020 | 09/2020 | 424.00 | 0.00 | 0.00 | 0.00 | 424.00 | 0.00 | 424.00 |
| 1670-nj | | Claudia Ozvra | Current | C-2617554 | rent | 07/01/2021 | 07/2021 | 610.00 | 0.00 | 0.00 | 0.00 | 610.00 | 0.00 | 610.00 |
| 1670-nj | | Claudia Ozvra | Current | C-2652200 | rent | 08/01/2021 | 08/2021 | 610.00 | 0.00 | 0.00 | 0.00 | 610.00 | 0.00 | 610.00 |
| | | **Claudia Ozvra** | | | | | | **1,644.00** | **0.00** | **0.00** | **0.00** | **1,644.00** | **0.00** | **1,644.00** |
| **Claudio Aguiar (clau1670)** | | | | | | | | | | | | | | |

# Aging Detail

DB Caption: USA LIVE 7s  Property: 1670-nj  Status: Current, Past, Future  Age As Of: 10/31/2021  Post To: 10/2021

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1670-nj | | Claudio Aguiar | Current | R-1320820 | Prepay | 07/31/2021 | 07/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 | 280.00 |
| 1670-nj | | Claudio Aguiar | Current | R-1367581 | Prepay | 10/31/2021 | 10/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | -50.00 |
| | | **Claudio Aguiar** | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **230.00** | **230.00** |
| **Daniel Guardado (gua1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Daniel Guardado | Past | C-2241741 | rent | 10/01/2019 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2241742 | rent | 11/01/2019 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2241747 | rent | 04/01/2020 | 04/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2322851 | rent | 08/01/2020 | 08/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2338019 | rent | 09/01/2020 | 09/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2395610 | rent | 11/01/2020 | 11/2020 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2415846 | rent | 12/01/2020 | 12/2020 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 |
| 1670-nj | | Daniel Guardado | Past | C-2446201 | rent | 01/01/2021 | 01/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2465256 | rent | 02/01/2021 | 02/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2491484 | rent | 03/01/2021 | 03/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2523902 | rent | 04/01/2021 | 04/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| 1670-nj | | Daniel Guardado | Past | C-2552249 | rent | 05/01/2021 | 05/2021 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 |
| | | **Daniel Guardado** | | | | | | **11,600.00** | **0.00** | **0.00** | **0.00** | **11,600.00** | **0.00** | **11,600.00** |
| **Francisco Deris (deri1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Francisco Deris | Current | C-2338018 | rent | 09/01/2020 | 09/2020 | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 | 0.00 | 900.00 |
| 1670-nj | | Francisco Deris | Current | C-2670562 | rent | 09/01/2021 | 09/2021 | 900.00 | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| 1670-nj | | Francisco Deris | Current | C-2699145 | rent | 10/01/2021 | 10/2021 | 900.00 | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| | | **Francisco Deris** | | | | | | **2,700.00** | **900.00** | **900.00** | **0.00** | **900.00** | **0.00** | **2,700.00** |

# Aging Detail

DB Caption: USA LIVE 7s  Property: 1670-nj  Status: Current, Past, Future   Age As Of: 10/31/2021  Post To: 10/2021

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jessica Caballero (jess1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Jessica Caballero | Current | R-1299363 | Prepay | 06/15/2021 | 06/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.14 | -0.14 |
| | | **Jessica Caballero** | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-0.14** | **-0.14** |
| **Jessica Castro (cast1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Jessica Castro | Current | C-2699142 | rent | 10/01/2021 | 10/2021 | 1,100.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| | | **Jessica Castro** | | | | | | **1,100.00** | **1,100.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1,100.00** |
| **Joseph Sablon (sabl1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Joseph Sablon | Current | R-1285298 | Prepay | 05/13/2021 | 05/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | -150.00 |
| | | **Joseph Sablon** | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-150.00** | **-150.00** |
| **Maria Valera (vale1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Maria Valera | Current | C-2617553 | rent | 07/01/2021 | 07/2021 | 0.02 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.02 |
| 1670-nj | | Maria Valera | Current | C-2699134 | rent | 10/01/2021 | 10/2021 | 771.31 | 771.31 | 0.00 | 0.00 | 0.00 | 0.00 | 771.31 |
| | | **Maria Valera** | | | | | | **771.33** | **771.31** | **0.00** | **0.00** | **0.02** | **0.00** | **771.33** |
| **Nathaly De Jesus (nath1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Nathaly De Jesus | Current | C-2286537 | rent | 07/01/2020 | 07/2020 | 895.72 | 0.00 | 0.00 | 0.00 | 895.72 | 0.00 | 895.72 |
| 1670-nj | | Nathaly De Jesus | Current | C-2465253 | rent | 02/01/2021 | 02/2021 | 896.72 | 0.00 | 0.00 | 0.00 | 896.72 | 0.00 | 896.72 |
| 1670-nj | | Nathaly De Jesus | Current | C-2491481 | rent | 03/01/2021 | 03/2021 | 896.72 | 0.00 | 0.00 | 0.00 | 896.72 | 0.00 | 896.72 |
| 1670-nj | | Nathaly De Jesus | Current | C-2652209 | rent | 08/01/2021 | 08/2021 | 896.72 | 0.00 | 0.00 | 0.00 | 896.72 | 0.00 | 896.72 |
| 1670-nj | | Nathaly De Jesus | Current | C-2670561 | rent | 09/01/2021 | 09/2021 | 896.72 | 0.00 | 896.72 | 0.00 | 0.00 | 0.00 | 896.72 |
| 1670-nj | | Nathaly De Jesus | Current | C-2699144 | rent | 10/01/2021 | 10/2021 | 896.72 | 896.72 | 0.00 | 0.00 | 0.00 | 0.00 | 896.72 |
| | | **Nathaly De Jesus** | | | | | | **5,379.32** | **896.72** | **896.72** | **0.00** | **3,585.88** | **0.00** | **5,379.32** |
| **Sharon Richards & Ken Roberts (rich1670)** | | | | | | | | | | | | | | |
| 1670-nj | | Sharon Richards & Ken Roberts | Current | R-1318798 | Prepay | 07/28/2021 | 07/2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -420.00 | -420.00 |

# Aging Detail

DB Caption: USA LIVE 7s   Property: 1670-nj   Status: Current, Past, Future   Age As Of: 10/31/2021   Post To: 10/2021

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1670-nj | | Sharon Richards & Ken Roberts | Current | C-2699137 | rent | 10/01/2021 | 10/2021 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| | | **Sharon Richards & Ken Roberts** | | | | | | **1,000.00** | **1,000.00** | **0.00** | **0.00** | **0.00** | **-420.00** | **580.00** |
| | | | | | | | | | | | | | | |
| **1670-nj** | | | | | | | | **42,044.65** | **4,668.03** | **1,796.72** | **0.00** | **35,579.90** | **-340.14** | **41,704.51** |
| | | | | | | | | | | | | | | |
| **Grand Total** | | | | | | | | **42,044.65** | **4,668.03** | **1,796.72** | **0.00** | **35,579.90** | **-340.14** | **41,704.51** |
| | | | | | | | | | | | | | | |

UserId : samanthadavis Date : 11/2/2021 Time : 1:44 PM

**Payables Aging Report**

1670-nj

Period: 10/2021

As of : 10/31/2021

| Payee Code | Payee Name | Doc Seq # | Control | Batch Id | Property | Invoice Date | Due Date | Post Month | Account | Invoice # | Base Currency | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Future Invoice Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| coll1625 | COLLIERS INT'L HLDG (coll1625) | | | | | | | | | | | | | | | | 0.00 | |
| | | | P-2063054 | 666036 | 1670-nj | 10/1/2021 | 10/1/2021 | 10-2021 | 5805-0000 Management Fees | 1670-nj10.21MGMTFEE | | 2,375.00 | 0.00 | 2,375.00 | 0.00 | 0.00 | 0.00 | 10.2021 Management Fee |
| **Total coll1625** | | | | | | | | | | | | **2,375.00** | **0.00** | **2,375.00** | **0.00** | **0.00** | **0.00** | |
| coll666a | COLLIERS INT'L HOLDINGS (coll666a) | | | | | | | | | | | | | | | | 0.00 | |
| | | | P-2066752 | 666389 | 1670-nj | 10/1/2021 | 10/1/2021 | 10-2021 | 5895-0000 Miscellaneous Operating Expense | 1670svctr1021 | | 65.60 | 0.00 | 65.60 | 0.00 | 0.00 | 0.00 | Call Center Service Fee 10/2021 |
| | | | P-2057367 | 665484 | 1670-nj | 9/12/2021 | 9/12/2021 | 09-2021 | 5810-0000 Management Compensation | 1670pr091221 | | 258.80 | 0.00 | 258.80 | 0.00 | 0.00 | 0.00 | Reimb Payroll 08/16-09/12/2021 |
| **Total coll666a** | | | | | | | | | | | | **324.40** | **0.00** | **324.40** | **0.00** | **0.00** | **0.00** | |
| impa1575 | IMPALA EMPIRE CLEANING SERVICES CORP | | | | | | | | | | | | | | | | 0.00 | |
| | | | P-2055989 | 665323 | 1670-nj | 9/22/2021 | 9/22/2021 | 09-2021 | 5685-0000 Roof Repair | 688 | | 6,781.35 | 0.00 | 6,781.35 | 0.00 | 0.00 | 0.00 | 9/6/21 -Roof Repair- 9 Bentley |
| **Total impa1575** | | | | | | | | | | | | **6,781.35** | **0.00** | **6,781.35** | **0.00** | **0.00** | **0.00** | |
| **Grand Total** | | | | | | | | | | | | **9,480.75** | **0.00** | **9,480.75** | **0.00** | **0.00** | **0.00** | |
| **Grand Total usd** | | | | | | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |

# Rent Roll
9 Bentley Avenue (1670-nj )
October 2021

| Suite No. | Tenant Name | Square Feet | Term | Security Deposit | Current Monthly Charges | | | Base Rent Inc. CPI or Step Up | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Chg Code | Amount | Amount PSF | Date | Rate | |
| APT1 | Joseph Sablon | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 750.00 | | 10/1/19 | $750.00 | |
| APT10 | Nathaly De Jesus | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 896.72 | | 10/1/19 | $896.72 | |
| APT14 | Sharon Richards & Ken Roberts | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 1,000.00 | | 10/1/19 | $1,000.00 | |
| APT15 | Francisco Deris | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 900.00 | | 10/1/19 | $900.00 | |
| APT16 | Auckland Abraham | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 771.31 | | 10/1/19 | $771.31 | |
| APT2 | Maria Valera | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 771.31 | | 10/1/19 | $771.31 | |
| APT3 | Jessica Castro | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 1,100.00 | | 10/1/19 | $1,100.00 | |
| APT4 | Jessica Caballero | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 905.63 | | 10/1/19 | $905.63 | |
| APT6 | Dra. Martha Piantini | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 910.00 | | 10/1/19 | $910.00 | |
| APT7 | Claudia Ozvra | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent<br>rent | 910.00<br>(300.00) | | 10/1/19<br>5/1/20 | $910.00<br>($300.00) | |
| APT8 | Anna Floyd | | 10/01/19 to<br>*Original Lease 10/01/19 to* | $0.00 | rent | 885.19 | | 10/1/19 | $885.19 | |

# Rent Roll
9 Bentley Avenue (1670-nj )
October 2021

| Suite No. | Tenant Name | Square Feet | Term | Security Deposit | Current Monthly Charges | | | Base Rent Inc. CPI or Step Up | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Chg Code | Amount | Amount PSF | Date | Rate | |
| APT9 | Claudio Aguiar | | 10/01/19 to _Original Lease 10/01/19 to_ | $0.00 | rent | 860.00 | | 10/1/19 | $860.00 | |
| APT11 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| APT12 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| APT13 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| APT5 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| APTB1 | VACANT | 0 | | $0.00 | | | | | $0.00 | |
| **Totals for 9 Bentley Avenue:** | | 0 | | $0.00 | | | | | | |
| **Vacant:** | | 0 | | | | | | | | |
| **Occupied:** | | 0 | | | Current Monthly Charges | | | | | |
| | | | | | rent | 10,360.16 | | | | |

**9 Bentley Operating**

11/2/2021

**Bank Reconciliation Report**

**10/31/2021**

████████

**Posted by: DBO**

| Balance Per Bank Statement as of 10/31/2021 | | | **9,557.38** |
|---|---|---|---|
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 10/26/2021 | 329 | cfpsi910 - Confires Fire Protection Service, LLC | 237.92 |
| 10/26/2021 | 330 | coop351 - Cooper Pest Solutions, Inc. | 613.09 |
| 10/26/2021 | 331 | emco9815 - EMCOR Services Fluidics | 1,473.92 |
| 10/26/2021 | 332 | veri408 - Verizon Wireless | 79.44 |
| **Less:** | **Outstanding Checks** | | **2,404.37** |

**Bank Reconciling Items**

| Date | | Notes | Amount |
|---|---|---|---|
| 10/19/2021 | | Deposited to wrong account | -1,550.00 |
| **Plus/Minus:** | **Bank Reconciling Items** | | **-1,550.00** |
| | **Reconciled Bank Balance** | | **5,603.01** |

| Balance per GL as of 10/31/2021 | | | **5,603.01** |
|---|---|---|---|
| | **Reconciled Balance Per G/L** | | **5,603.01** |

| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | | **0.00** |
|---|---|---|---|

*Samantha Davis*

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 10/12/2021 | 328 | pseg1444 - PSE&G Co. | 137.60 | 10/31/2021 |
| **Total Cleared Checks** | | | **137.60** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 10/8/2021 | 136 | | 885.19 | 10/31/2021 |
| 10/11/2021 | 137 | | 1,681.31 | 10/31/2021 |
| 10/14/2021 | 138 | | 905.63 | 10/31/2021 |
| 10/15/2021 | 139 | | 610.00 | 10/31/2021 |
| 10/25/2021 | 140 | | 750.00 | 10/31/2021 |
| **Total Cleared Deposits** | | | **4,832.13** | |



# MANAGE YOUR CASH
## CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

BENTLEY NORSE LIMITED LIABILITY COM LLC
DISTRICT OF NEW JERSEY
C/O COLLIERS INTERNATIONAL REMS US, LLC
AS RECEIVER
2550 WEST TYVOLA ROAD, SUITE 300
CHARLOTTE NC  28217

▸ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 01, 2021  -  OCTOBER 29, 2021

**Blended Checking** ██████████         **BENTLEY NORSE LIMITED**
                                        **LIABILITY COM LLC**

| | | | |
|---|---|---|---|
| Previous Balance  09/30/21 | $3,312.85 | Number of Days in Cycle | 29 |
| 7 Deposits/Credits | $6,382.13 | Minimum Balance This Cycle | $3,312.85 |
| 1 Checks/Debits | ($137.60) | Average Collected Balance | $6,513.16 |
| Service Charges | $0.00 | | |
| Ending Balance 10/29/21 | $9,557.38 | | |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 01, 2021  -  OCTOBER 29, 2021

**Blended Checking** ██████████         **BENTLEY NORSE LIMITED**
                                        **LIABILITY COM LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/07 | Customer Deposit | $885.19 | | $4,198.04 |
| 10/08 | Customer Deposit | $910.00 | | $5,108.04 |
| 10/12 | Customer Deposit | $771.31 | | $5,879.35 |
| 10/14 | Customer Deposit | $905.63 | | $6,784.98 |
| 10/15 | Customer Deposit | $610.00 | | $7,394.98 |
| 10/18 | Check      328 | | $137.60 | $7,257.38 |
| 10/19 | Customer Deposit | $1,550.00 | | $8,807.38 |
| 10/25 | Customer Deposit | $750.00 | | $9,557.38 |
| *Total* | | $6,382.13 | $137.60 | |

**Blended Checking** ██████████         **BENTLEY NORSE LIMITED**
                                        **LIABILITY COM LLC**

### Checks * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 328 | 10/18 | $137.60 | | | | | | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



**Bentley Norse Sec Dep**

11/2/2021

**Bank Reconciliation Report**

**10/31/2021**



**Posted by: DBO**

| | |
|---|---:|
| **Balance Per Bank Statement as of 10/31/2021** | **0.00** |
| **Reconciled Bank Balance** | **0.00** |
| | |
| **Balance per GL as of 10/31/2021** | **0.00** |
| **Reconciled Balance Per G/L** | **0.00** |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

*Samantha Davis*



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

BENTLEY NORSE LLC
DISTRICT OF NEW JERSEY-SECURITY DEPOSIT
C/O COLLIERS INTERNATIONAL REMS US, LLC
AS RECEIVER
2550 WEST TYVOLA ROAD, SUITE 300
CHARLOTTE NC  28217

▸ Contact your Relationship Manager to discuss
  targeted solutions for your evolving business needs.

ACCOUNT SUMMARY        FOR PERIOD  OCTOBER 01, 2021  -  OCTOBER 29, 2021

| **Commercial Tower** ███████ | | **BENTLEY NORSE LLC** |
|---|---|---|
| Previous Balance  09/30/21 | $0.00 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $0.00 | Average Collected Balance | $0.00 |
| 0 Checks/Debits | $0.00 | Interest Earned During this Cycle | $0.00 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $0.00 |
| Ending Balance 10/29/21 | $0.00 | Annual Percentage Yield | 0.00% |
| | | (This Statement Period) | |

ACCOUNT DETAIL    FOR PERIOD  OCTOBER 01, 2021   -   OCTOBER 29, 2021

**Commercial Tower** ███████                                          **BENTLEY NORSE LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/01 | | | | $0.00 |
| | No Account Activity this Statement Period | | | |
| 10/29 | | | | $0.00 |
| *Total* | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



MEMBER **FDIC**